IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FRANK BJORN XAVIER HELD,

      Plaintiff,

v.

                                        Civil Action No.:1:23-cv-59

MONONGALIA EMERGENCY
MEDICAL SERVICES, INC., *et al.*

      Defendants.

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, Frank Bjorn Xavier Held, by and through his counsel, Defendant Monongalia Emergency Medical Services, Inc., by and through their counsel, Defendant The City of Morgantown Police Department and jointly announce to the Court that all matters and differences existing among the parties hereto have been fully settled, compromised and adjusted. In this regard, Plaintiff has agreed to voluntarily dismiss, with prejudice, all claims against all remaining Defendants. Further, each party shall pay their own attorney fees, costs, and expenses incurred in presenting their claims and/or defenses in and about this civil action.

Upon mature and deliberate consideration of the agreement of the parties and finding it to be proper and appropriate in all respects, the Court hereby **ORDERS**, **ADJUDGES** and **DECREES** that all claims and causes of action asserted by and on behalf of Plaintiff in this action are hereby dismissed **WITH PREJUDICE** and each party shall bear their own attorney fees, costs and expenses. This civil action is **ORDERED** to be stricken from the docket of this Court.

The Clerk is further directed to forward a certified copy of this Order to all counsel of record.

Dated this 26th day of March, 2025.

        **ENTER:**

*Tom S Kleeh* (signature)

**HONORABLE THOMAS S. KLEEH, CHIEF JUDGE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**Prepared by:**

*/s/ Tim J. Yianne*
Tim J. Yianne (W.Va. Bar No. 8623)
LEWIS BRISBOIS BISGAARD & SMITH LLP
707 Virginia Street E., Suite 1400
Charleston, West Virginia 25301
(304) 553-0161 – telephone
(304) 932-0265 – facsimile
Tim.yianne@lewisbrisbois.com

and

Thomas P. Mannion (W.Va. Bar No. 6994)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 1600
Cleveland, Ohio 44144
(216) 344-9422 – telephone
(216) 344-9421 – facsimile
Tom.mannion@lewisbrisbois.com
*Counsel for Defendant Monongalia Emergency Medical Services, Inc.*

**Approved by:**

*/s/ J. Morgan Leach*
J. Morgan Leach, Esq. (W.Va. Bar No. 13124)
J. Morgan Leach, PLLC
P.O. Box 5518
Vienna, West Virginia 26105
(855) 444-5529 – [call/text/fax]
morgan@jleach.law

and

Ryan J. Umina, Esq. (W.Va. Bar No. 13056)
Beth L. Umina, Esq. (W.Va. Bar No. 13009)

Seth F. Huy, Esq. (W.Va. Bar No. 13894)
UMINA LEGAL, PLLC
133 Green Bag Road
Morgantown, West Virginia 26505
(304) 838-8024 – telephone
(304) 715-3628 – facsimile
*Counsel for Plaintiff Frank Bjorn Xavier Held*

and


*/s/ Matthew D. Elshiaty (with permission)*
**Matthew D. Elshiaty**
Kay, Casto & Chaney, PLLC - Morgantown
150 Clay Street
Suite 100
Morgantown, WV 26501
(304) 225-0970
(304) 225-0974 (fax)
melshiaty@kaycasto.com
*Counsel for Defendant The City of Morgantown Police Department*